Gross Estate.

Argued January 8, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*R. Paul Lessy,* with him *Robert M. Shay, J. Victor O'Brien,* and *Fox, Rothschild, O'Brien & Frankel,* for appellants.

*J. H. Ward Hinkson,* with him *Charles H. Hinkson,* and *Hinkson & Cantlin,* for appellees.

OPINION PER CURIAM, April 23, 1969:
Decree affirmed at appellants' cost.